```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN KELLY, et al.              :         CIVIL ACTION
                                :
       v.                       :
                                :
J&J SERVICE SOLUTIONS LLC       :         NO. 23-2854
```

ORDER

AND NOW, this 20th day of August 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of plaintiffs John Kelly, Quentin Monday, and Ranique Williams for approval of the Fair Labor Standards Act settlement (Doc. # 35) is GRANTED.

(2) The settlement of this Fair Labor Standards Act ("FLSA") action is APPROVED.

(3) Pursuant to the terms of this settlement agreement, defendant J&J Service Solutions LLC ("J&J") shall pay $505,000 to be distributed as follows:

(a) $300,500 to plaintiffs in amounts listed in Exhibit A to the Settlement Agreement;

(b) $182,000 to The Buenker Law Firm and Winebrake & Santillo, LLC (collectively, "plaintiffs' counsel") to cover attorneys' fees, litigation expenses, and settlement administration expenses; and

-2-

      (c)  A $7,500 service award to each of the originating plaintiffs John Kelly, Quentin Monday, and Ranique Williams.

  (4)  The action is DISMISSED.

  (5)  The court retains jurisdiction over any disputes pertaining to the enforcement of this Settlement Agreement.

                              BY THE COURT:

                            /s/  Harvey Bartle III
                                                J.